UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRYL T. COGGINS,

        Plaintiff,                                            CV-07-3624 (JFB)(AKT)

        vs.

COUNTY OF NASSAU, NASSAU COUNTY               **NOTICE OF APPEAL**
POLICE DEPARTMENT, POLICE OFFICER
JAMES VARA, in his individual and official
capacity, and POLICE OFFICER
CRAIG BUONARA, in his individual and
official capacity, and JOHN DOES "1-10",
in their individual and official capacity,

        Defendants.
------------------------------------------------------------X

        Notice is hereby given that POLICE OFFICER CRAIG BUONORA, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order (1) denying in its entirety POLICE OFFICER CRAIG BUONORA's Motion pursuant to Federal Rule of Civil Procedure 56 and (2) denying in part POLICE OFFICER CRAIG BUONORA's Motion pursuant to Federal Rule of Civil Procedure 12(b)(6) entered in this action the 20th day of June, 2008.

Dated: New York, New York
         July 1, 2008

_____
Laurence Jeffrey Weingard (LW2618)
*Attorney for Defendant*
**Police Officer Craig Buonara**
250 West 57th Street, Suite 401
New York, New York 10107
(212) 974-5200