A062 SWEDA
(Rev. 4-90)

**TRIPLICATE**

**354755**

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK
at BROOKLYN   07-02-2008(WED) 12:49 PM

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (1/2) | |
| 510100 | Registry Fee | |

Receipt#354755

1  DOCKET FEE APPL     250.00
      # 086900
1  NOTICE OF APPEAL      5.00
      # 086900
1  CIVIL FILING FEE    200.00
      # 086400
CHK#                   10116
TOTAL -->             455.00
CHECK                 455.00

CASE REFERENCE: _07cv3624_

RECEIVED FROM _[signature]_

DEPUTY CLERK _[signature]_

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.