**Law Offices of**
**Laurence Jeffrey Weingard**
**The Fisk Building**
250 West 57th Street – Suite 401
New York, NY 10107

Telephone No.: (212) 974-5200
Facsimile No.: (212) 956-9337

December 2, 2011

Hon. A. Kathleen Tomlinson
U. S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4438
**_Filed via ECF_**

      _Re_  Coggins v County of Nassau et al
         2:07-cv-03624-JFB-AKT

Dear Judge Tomlinson:

  This office moved on or about August 19, 2011, in Nassau County Court, Kase, J., for the release of grand jury transcripts and other materials in the underlying criminal proceedings against the Plaintiff and our client, Defendant Buonora.

  By Decision and Order dated November 4, 2011 (entered November 15, 2011), Judge Kase, granted our motions only to the extent of ordering the disclosure of Mr. Buonora's testimony before the grand jury in the matter of People v. Darryl Coggins and otherwise denying the motions..

  Therefore, we will be moving by notice before Your Honor for the same relief sought in state court. In connection therewith, I am communicating with the other attorneys to agree on a proposed briefing scheduled. Once we have done so, I will advise the Court of the proposed schedule.

  Thank you.

                Respectfully submitted,
                Law Offices of Laurence Jeffrey Weingard

                By: Mitchell F. Senft