**Law Offices of**
**Laurence Jeffrey Weingard**
**The Fisk Building**
250 West 57th Street – Suite 401
New York, NY 10107

Telephone No.: (212) 974-5200
Facsimile No.:  (212) 956-9337

January 15, 2013

Hon. Joseph F. Bianco
U. S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4438
*<u>Via Fax and ECF</u>*

                *Re*    Coggins v County of Nassau et al
                      2:07-cv-03624-JFB-AKT

Dear Judge Bianco:

      On January 14, 2013, we filed a letter motion requesting an extension of our time to comply with a directive made by Your Honor during the October 19, 2012, conference in this case. The application was made on behalf of our client, defendant Craig Buonora.

      Our application was filed electronically via ECF on January 14, 2013, and identified by docket entry number 137. (Confirmation of our application, filing and assignment of docket entry number is submitted as Exhibit 1.)

      Later on January 14, 2013, an Order was issued:

> granting [137] Motion for Extension of Time to File Response/Reply. The Court has received County defendants' letter dated January 14, 2013, requesting, on consent, a second extension of time to file a response to plaintiff's amended complaint. IT IS HEREBY ORDERED that County defendants' request is granted. County defendants shall respond by March 15, 2013.

(The order is submitted as Exhibit 2.)

      The County defendants did not make a motion. Docket entry 137, referenced in the order,

refers to our application, made on behalf of our client, defendant Craig Buonora. It would therefore appear that the January 14, 2013, order refers to our application and incorrectly refers to the County defendants and not to the movants, defendant Buonora.

We therefore request that the Court issue a corrected order clarifying that the extension granted pursuant to the January 14, 2013, order refers to defendant Buonoara's request.

Thank you.

Respectfully submitted,

S/
Laurence Jeffrey Weingard

Cc.:   Law Offices of Frederick K. Brewington
       Diane C. Petillo, Esq.