| | |
|---|---|
| **Subject:** | Activity in Case 2:07-cv-03624-JFB-AKT Coggins v. County of Nassau et al Motion for Extension of Time to File Response/Reply |
| **From:** | ecf_bounces@nyed.uscourts.gov (ecf_bounces@nyed.uscourts.gov) |
| **To:** | nobody@nyed.uscourts.gov; |
| **Date:** | Monday, January 14, 2013 3:09 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Weingard, Laurence on 1/14/2013 at 3:09 PM EST and filed on 1/14/2013

**Case Name:**     Coggins v. County of Nassau et al
**Case Number:**   2:07-cv-03624-JFB-AKT
**Filer:**         Craig Buonora
**Document Number:** 137

**Docket Text:**
**Second MOTION for Extension of Time to File Response/Reply** *to plaintiff's motion to serve third amended complaint* **by Craig Buonora. (Weingard, Laurence)**

2:07-cv-03624-JFB-AKT Notice has been electronically mailed to:

Diane C. Petillo      dpetillo@nassaucountyny.gov, lben-sorek@nassaucountyny.gov

Frederick K. Brewington      office@brewingtonlaw.com, brewingtonlawdocs@yahoo.com, precilla.lockett@brewingtonlaw.com

Laurence Jeffrey Weingard      ljweingard@yahoo.com, mcmar33@yahoo.com

Mitchell F. Senft      mfsesq@gmail.com

Valerie M. Cartright    valerie.cartright@brewingtonlaw.com, office@brewingtonlaw.com

**2:07-cv-03624-JFB-AKT Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=1/14/2013] [FileNumber=7476541-0]
[c419fda38460974acad25fe01f21e34ff2b3ea472dff075620854ae6740653a4d257d
059bd6c221c4a9e7f7900fe18be622e99d911eb3854dbc21030f0ad27c2]]