| | |
|---|---|
| **Subject:** | Activity in Case 2:07-cv-03624-JFB-AKT Coggins v. County of Nassau et al Order on Motion for Extension of Time to File Response/Reply |
| **From:** | ecf_bounces@nyed.uscourts.gov (ecf_bounces@nyed.uscourts.gov) |
| **To:** | nobody@nyed.uscourts.gov; |
| **Date:** | Monday, January 14, 2013 6:09 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 1/14/2013 at 6:09 PM EST and filed on 1/14/2013

**Case Name:**      Coggins v. County of Nassau et al
**Case Number:**    2:07-cv-03624-JFB-AKT
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER granting [137] Motion for Extension of Time to File Response/Reply. The Court has received County defendants' letter dated January 14, 2013, requesting, on consent, a second extension of time to file a response to plaintiff's amended complaint. IT IS HEREBY ORDERED** that County defendants' request is granted. County defendants shall respond by March 15, 2013. SO ORDERED. Ordered by Judge Joseph F. Bianco on 1/14/2013. (Samplin, Ilissa)

2:07-cv-03624-JFB-AKT Notice has been electronically mailed to:

Frederick K. Brewington office@brewingtonlaw.com, brewingtonlawdocs@yahoo.com, precilla.lockett@brewingtonlaw.com

Mitchell F. Senft mfsesq@gmail.com

Laurence Jeffrey Weingard ljweingard@yahoo.com, mcmar33@yahoo.com

Diane C. Petillo dpetillo@nassaucountyny.gov, lben-sorek@nassaucountyny.gov

Valerie M. Cartright valerie.cartright@brewingtonlaw.com, office@brewingtonlaw.com

**2:07-cv-03624-JFB-AKT Notice will not be electronically mailed to:**