DATE: 4/1/2013

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

AT: 1:55 p.m.
Time: 9 min.

BEFORE JUDGE JOSEPH F. BIANCO:

CIVIL CAUSE FOR TELEPHONE PRE MOTION CONFERENCE

DOCKET NUMBER: CV 07-3624

TITLE: Coggins v. County of Nassau et al.

APPEARANCES:

FOR PLAINTIFF(S): Frederick K. Brewington

FOR DEFENDANT(S): Laurence Weingard and Mitchell Senft (for Police Officer Buonora); Diane C. Petillo (for County)

FTR: 1:55-2:04

| | |
|---|---|
| X | CASE CALLED. |
| X | COUNSEL FOR ALL SIDES PRESENT. |
| | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
| | DISCOVERY TO BE COMPLETED BY_____ |
| | PARTIES TO COMPLETE_____ BY THE NEXT CONFERENCE OR BY_____ |
| | NEXT CONFERENCE SET FOR_____ |
| | CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____ FOR_____ |
| | MOTION TO BE FILED BY  6/7/2013 ; RESPONSE BY  7/5/2013 ; REPLY BY  7/19/2013 . |
| | ORAL ARGUMENT SET FOR  7/23/2013 at 4:00 p.m. |
| | JURY SELECTION SET FOR_____ |
| | TRIAL SET FOR_____ |
| | OTHER_____ |