UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

DARRYL T. COGGINS,

                Plaintiff,

- against -

COUNTY OF NASSAU, NASSAU COUNTY POLICE DEPARTMENT, POLICE OFFICER JAMES VARA, in his individual and official capacity, and POLICE OFFICER CRAIG BUONORA, in his individual and official capacity, SERGEANT PICKERING, in his individual and official capacity, LIEUTENANT DELARGY, in his individual and official capacity, and JOHN DOES "1-10", in their individual and official capacity,

                Defendants.
----------------------------------------------------------X

Docket No.: 07-CV-3624 (JFB) (AKT)

**NOTICE OF MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**

**SIRS:**

    **PLEASE TAKE NOTICE**, that upon the Affidavit of POLICE OFFICER CRAIG BUONORA, the Declaration of LAURENCE JEFFREY WEINGARD, ESQ., and the exhibits attached thereto, and the accompanying Memorandum of Law, Defendant POLICE OFFICER CRAIG BUONORA will move this Court at the courthouse located at 100 Federal Plaza, Central Islip, New York, on July 23, 2013, at 4:00 P.M., for an Order pursuant to Federal Rules of Civil Procedure 8(a)(2), 12(b)(6) and 12(d) dismissing plaintiff's Third Amended Complaint, together with such other and further relief as this Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE** that according to the briefing schedule set by the Court, responsive papers, if any, shall be served on or before July 5, 2013, or as may be otherwise directed by the Court.

Dated: New York, New York
June 7, 2013

                         */s/ Laurence Jeffrey Weingard*
                         Laurence Jeffrey Weingard (LW2618)
                         **Law Offices of Laurence Jeffrey Weingard**
                         250 West 57th Street, Suite 401
                         New York, NY 10107
                         (212) 974-5200
                         *Attorneys for Defendant*
                         *Police Officer Craig Buonora*

To:    **Law Offices of Frederick K. Brewington**
        556 Peninsula Boulevard
        Hempstead, NY 11550
        (516) 489-6959
        *Attorneys for Defendant*
        *Darryl T. Coggins*

        **Diane C. Petillo, Esq.**
        **Office of the Nassau County Attorney**
        One West Street
        Mineola, NY 11501-4820
        (516) 571-6190
        *Attorneys for Defendants*
        *County of Nassau, Nassau County Police Department,*
        *Police Officer James Vara, Sergeant Pickering*
        *And Lieutenant Delargy*