Case 2:07-cv-03624-JFB-AKT   Document 143-7   Filed 06/07/13   Page 1 of 4 PageID #: 1413

NASSAU COUNTY POLICE 06/07/13
ARREST REPORT - 204AR0017759 COGGINS DARRYL T
Printed 01/30/2008-13:40    By 3909CCARA    Page 1

432692

Sector 305   Level 9
SECURESIGNED BY SGT MITCHELL TEPPERMAN, 7385TEPPE ON 10/09/04 AT 17:11

## PERSONAL DATA

- **Name**: COGGINS DARRYL T
- **Address**: 56 WOODS AVE ROOSEVELT, NY 11575
- **Phone**: 516-608-2934
- **Born**: 01/25/1981 ROCKVILLE CENTER, NY
- **Age**: 23
- **SocSec**: 105641110
- **Marital Status**: S
- **CitizenShip**: USA
- **OLN-St**: 888948840 NY
- **Agency#**: 0432692
- **State#**:
- **FBI#**:
- **Occupation**: PREVOCATIONAL SUPERVISOR
- **Employer / School**: UNITED CEREBAL PALSEY/ROOSEVEL
- **School-Grade**: 14
- **Description**: M BNN   68   147
- **Eyes**: BROWN      **Glasses**:
- **Hair**: MEDIUM BRAIDED BLACK
- **Skin Complexion**: DARK        **Posture**: ERECT
- **Build**: AVERAGE      **Speech**: NORMAL
- **Nose**: NORMAL       **Ears**: NORMAL
- **Mouth**: NORMAL       **Teeth**: NORMAL
- **Fingerprint#**:
- **Prob/Parole/Mental**: NO/NO/NO
- **Priors**: DIS/CON 2000 NCPD
- **S.M.T/Clothing**: "TAMEL" RIGHT FOREARM. "THOU SHALL LOVE THY FATHER" ON BACK/ WHITE TEE SHIRT, BLUE JEANS, BLACK SNEAKERS
- **Gang**:       **ID How/By**:

## ARREST DATA

- **Arrest#**: 204AR0017759
- **Alternate#**:
- **Time Arrested**: 10/09/2004 15:50
- **How**: COMPLAINT
- **Arrested By**: 6356BARNY BARNYCH ALEXANDER J 3SQ NY0290030
- **Hold For**:
- **Who Notified**:
- **Arrested Where**: 3RD SQD 214 HILLSIDE AVE WILLISTON PK
- **Sector**: 305
- **Time Booked**: 10/09/2004 15:55
- **Pod/Bed**: COURT / 16
- **Booked By**: 6356BARNY, 7224OCCHI
- **Scheduled Release**:
- **Time Released**: 10/10/2004 09:53
- **How**: 10
- **Released By**: 6019KUTT
- **To Whom**:

NASSAU COUNTY

000001

Sector 305   Level 9
SECURESIGNED BY SGT MITCHELL TEPPERMAN, 7385TEPPE ON 10/09/04 AT 17:11

## MORE CORE

| | |
|---|---|
| Miranda Time | 10/09/2004 16:00 |
| By | 6356BARNY |
| ID Where/How | AT P.O.O. DEFENDANT ADMITTED |
| ID Date | 10/09/2004 |
| Search By | 6356BARNY |
| How | ARREST |
| NCIC Check | NEG/6356 |
| NCIC# | |
| Prints | Y |
| Photos | Y |
| Phone Call | OFFERED |
| 1st Call Time | 10/09/2004 16:05    Phone 516-508-0124 |
| 2nd Call Time | Phone |
| BAC Taken By | |
| Test #1 | BAC |
| Test #2 | BAC |
| Bail Comments | |
| Weapons Comments | |
| Witness Comments | |

## TESTIMONIALS

**DEFENDANT**
Nature of Testimony: when asked about the laceration to his left forearm the defendant stated to investigating detective "it happened when I went over the fence"

**ARREST DET** BARNYCH ALEXANDER J             6356BARNY
Nature of Testimony: responded to scene, interviewed P.O. Vara, interviewed remaining passengers of subject vehicle, processed arrest

**ASSIST DET** FANNON MICHAEL J                6987FANNO
Nature of Testimony: crime scene detective who recovered ring from back yard of 5 hinsdale ave. photgraphed scene.

**ASSIST DET** OCCHINO NICHOLAS                7224OCCHI
Nature of Testimony: responded to scene assisted in interviews of P.O. Vara, and remaining witnesses/passengers of subject auto

**ASSIST PO** VARA JAMES                       8204VARA
Nature of Testimony: observed initial vtl violation, conducted car stop, performed sfst, chased subject on foot, recovered loaded handgun and loaded magazine for second gun. identified subject who ran, as same subject in photo driver license left behind.

## OFFENSES

10/09/2004 15:50   PENAL LAW, 265.02 (4)  CRIM POSS WEAPON 3RD SUB 4         FELONY (D)
Occurred Where   JERICHO TURNPIKE/HOLLAND AVE FLORAL PARK
Court   FIRST DISTRICT            NOBOND         0.00      Return  10/10/2004
CR#     204CR0082564            NCIC                         Warrant/Docket#

NASSAU COUNTY
000002

Sector 305   Level 9
SECURESIGNED BY SGT MITCHELL TEPPERMAN, 7385TEPPE ON 10/09/04 AT 17:11

## OFFENSES (continued...)

10/09/2004 15:50  PENAL LAW, 265.02 (3) CRIM POSS WEAPON 3RD SUB 3           FELONY (D)
Occurred Where  JERICHO TURNPIKE/HOLLAND AVE FLORAL PARK
Court  FIRST DISTRICT           NOBOND                 Return 10/10/2004
CR#  204CR0082564       NCIC  5212          Warrant/Docket#

## CONTACTS

ATTORNEY  GOLDSTEIN LAWRENCE         M  W  DOB         SocSec
Address  129 HILTON AVE  HEMPSTEAD, NY  11550           Phone  516-483-4300
Comments  SURRENDERED DEFENDANT

## NARRATIVE

P.O. Vara, while on routine patrol at approximately 0430 hours on 10/09/04, observed the above listed vehicle w/b on Jericho Tpke in New Hyde Park, NY operating at a high rate of speed. (55mph in a 35mph zone) A car stop was conducted and the vehicle stopped on Jericho Tpke and Holland Ave in Floral Park. Upon approaching the vehicle P.O. Vara observed that subject Darryl T Coggins was in operation of the vehicle. Passenger Aaron Simmons was in the front passenger seat and passenger Jovan Bates was in the rear of the vehicle seated directly behind the driver. P.O. Vara detected a strong odor of an alcoholic beverage on the operator's breath, impaired motor skills and glassy bloodshot eyes. Subject was then asked to exit the vehicle and a SFST and a PBT were conducted at scene. At this time the subject then began to get agitated and while attempting to place the subject into custody he fled on foot e/b on Jericho Tpke to Holland Ave. He then fled n/b on Holland Ave. While the subject was running he was holding his left hand to his left side as if he was holding something. The subject then ran in the rear yard of 6 Holland Ave and jumped over a 4ft chain link fence. From the beginning of the foot pursuit up until this point P.O. Vara was no more than 3 or 4 feet from the subject. As the subject jumped over the fence P.O. Vara heard a noise similar to metal hitting the ground and took his eyes off of the subject to look down at the noise and observed a black object laying on the ground on the subject's side of the fence. This black object, was a loaded Hi-Point 9mm automatic handgun colored black. This handgun was safeguarded by P.O. Vara as he broadcast a radio description for the defendant. This 9mm pistol was later observed to have its serial number obliterated rendering untraceble for ownership. The defendant fled through the rear yards on Holland Ave and P.O. Vara then lost sight of the subject. A search was conducted with negative results. Further investigation revealed a loaded magazine clip next to the front passenger door of the above listed vehicle. A search of the building rooftop at 329 Jericho Tpke, a sewer drain and a mailbox were conducted in attempt to locate the handgun that this clip belonged to. P.O. Vara interviewed the remaining subject at the scene who gave proper identification and identified the defendant as the operator of the car at the time of the original stop. In addition, P.O. Vara had the photo driver's license of the defendant prior to his fleeing.

On Saturday 10-09-2004 the defendant surrendered to the Third Squad in the presence of his attorney. The defendant was read his Miranda rights from PDCN form 233 and acknowledged these rights by signing the PDCN form 233 card. The defendant gave no written statement but identified the following property as his as it was being secured. A black mens wallet with papers and identification belonging to the defendant, a motorola cell phone, color photograph of the defendant with his two year old daughter, and a yellow metal and multi-stoned ring. All items except for the ring were recovered from the defendant's auto and were observed in plain sight prior to the impound of the vehicle. The metal ring was recovered in the rear yard of 5 Hinsdale Avenue, Floral Park.

NASSAU COUNTY

000003

Case 2:07-cv-03624-JFB-AKT   Document 143-7   Filed 06/07/13   Page 4 of 4 PageID #: 1416

NASSAU COUNTY POLICE DEPT
ARREST REPORT - 204AR0017759  COGGINS DARRYL T
Printed 01/30/2008-13:40   By 3909CCARA   Page 4

Sector 305   Level 9
SECURESIGNED BY SGT MITCHELL TEPPERMAN, 7385TEPPE ON 10/09/04 AT 17:11

*NARRATIVE (continued...)*

records bureau  6241 notified

NASSAU COUNTY
000004