NASSAU COUNTY POLICE DEPT
CRIME REPORT - PDCN 85ASJ - 204CR0082564
Printed 03/03/2005-08:32   By 8204VARA   Page 1

## DEFENDANT(S)

| | | | | |
|---|---|---|---|---|
| 204AR0017759 | COGGINS DARRYL T | DOB 01/25/1981 | SocSec 105641110 | Agency# 0432692 |
| | 56 WOODS AVE  ROOSEVELT, NY 11575 | | | Phone 516-608-2934 |

| | | | |
|---|---|---|---|
| PENAL LAW, 265.02 (4) CRIM POSS WEAPON 3RD SUB 4 | FELONY D | NTA# | 10/10/2004 |
| PENAL LAW, 265.02 (3) CRIM POSS WEAPON 3RD SUB 3 | FELONY D | NTA# | 10/10/2004 |

## PERSON(S) INVOLVED

| | | | | | |
|---|---|---|---|---|---|
| OTHER | BATES JOVAN N | DOB 08/26/1983 | SocSec 059681908 | H-Phone | 516-644-3535 |
| | 133 MADISON AVE  GARDEN CITY PARK, NY 11040 | | | W-Phone | |
| OTHER | SIMMONS AARON L | DOB 09/16/1975 | SocSec U | H-Phone | |
| | 45 RUTLAND RD  FREEPORT, NY 11520 | | | W-Phone | |

## TESTIMONIALS

**COGGINS DARRYL T**

BARNYCH ALEXANDER J     6356BARNY   DET         Unit 3SQ       Chart
ARREST DET              NO STATEMENT
responded to scene, interviewed P.O. Vara, interviewed remaining passengers of subject vehicle, processed arrest

FANNON MICHAEL J        6987FANNO   DET         Unit FEB       Chart
ASSIST DET              NO STATEMENT
crime scene detective who recovered ring from back yard of 5 hinsdale ave. photgraphed scene.

OCCHINO NICHOLAS        7224OCCHI   DET         Unit 3SQ       Chart
ASSIST DET              NO STATEMENT
responded to scene assisted in interviews of P.O. Vara, and remaining witnesses/passengers of subject auto

VARA JAMES              8204VARA    PO          Unit 003       Chart
ASSIST PO               NO STATEMENT
observed initial vtl violation, conducted car stop, performed sfst, chased subject on foot, recovered loaded handgun and loaded magazine for second gun. identified subject who ran, as same subject in photo driver license left behind.

## DEFENDANT(S) ADMISSIONS

**COGGINS DARRYL T**   ORAL STATEMENT GIVEN 3RD SQUAD ON 10/09/2004 16:10 TO 6356BARNY
when asked about the laceration to his left forearm the defendant stated to investigating detective "it happened when I went over the fence"

## INJURIES

## DATE, TIME & LOCATION OF INCIDENT

10/09/2004 04:35   JERICHO TURNPIKE/HOLLAND AVE, FLORAL PARK

## DATE, TIME & LOCATION OF ARREST(S)

COGGINS DARRYL T   10/09/2004 15:50   3RD SQD 214 HILLSIDE AVE, WILLISTON PK

NASSAU COUNTY
000014

## NOTIFICATION(S)

COGGINS DARRYL T                                                DA Notified N

## ARREST NARRATIVE

WRITTEN BY 6356BARNY ON 10/09/04

P.O. Vara, while on routine patrol at approximately 0430 hours on 10/09/04, observed the above listed vehicle w/b on Jericho Tpke in New Hyde Park, NY operating at a high rate of speed. (55mph in a 35mph zone) A car stop was

*ARREST NARRATIVE (continued...)*

conducted and the vehicle stopped on Jericho Tpke and Holland Ave in Floral Park. Upon approaching the vehicle P.O. Vara observed that subject Darryl T Coggins was in operation of the vehicle. Passenger Aaron Simmons was in the front passenger seat and passenger Jovan Bates was in the rear of the vehicle seated directly behind the driver. P.O. Vara detected a strong odor of an alcoholic beverage on the operator's breath, impaired motor skills and glassy bloodshot eyes. Subject was then asked to exit the vehicle and a SFST and a PBT were conducted at scene. At this time the subject then began to get agitated and while attempting to place the subject into custody he fled on foot e/b on Jericho Tpke to Holland Ave. He then fled n/b on Holland Ave. While the subject was running he was holding his left hand to his left side as if he was holding something. The subject then ran in the rear yard of 6 Holland Ave and jumped over a 4ft chain link fence. From the beginning of the foot pursuit up until this point P.O. Vara was no more than 3 or 4 feet from the subject. As the subject jumped over the fence P.O. Vara heard a noise similar to metal hitting the ground and took his eyes off of the subject to look down at the noise and observed a black object laying on the ground on the subject's side of the fence. This black object, was a loaded Hi-Point 9mm automatic handgun colored black. This handgun was safeguarded by P.O. Vara as he broadcast a radio description for the defendant. This 9mm pistol was later observed to have its serial number obliterated rendering untracble for ownership. The defendant fled through the rear yards on Holland Ave and P.O. Vara then lost sight of the subject. A search was conducted with negative results. Further investigation revealed a loaded magazine clip next to the front passenger door of the above listed vehicle. A search of the building rooftop at 329 Jericho Tpke, a sewer drain and a mailbox were conducted in attempt to locate the handgun that this clip belonged to. P.O. Vara interviewed the remaining subject at the scene who gave proper identification and identified the defendant as the operator of the car at the time of the original stop. In addition, P.O. Vara had the photo driver's license of the defendant prior to his fleeing.

On Saturday 10-09-2004 the defendant surrendered to the Third Squad in the presence of his attorney. The defendant was read his Miranda rights from PDCN form 233 and acknowledged these rights by signing the PDCN form 233 card. The defendant gave no written statement but identified the following property as his as it was being secured. A black mens wallet with papers and identification belonging to the defendant, a motorola cell phone, color photograph of the defendant with his two year old daughter, and a yellow metal and multi-stoned ring. All items except for the ring were recovered from the defendant's auto and were observed in plain sight prior to the impound of the vehicle. The metal ring was recovered in the rear yard of 5 Hinsdale Avenue, Floral Park.

records bureau 6241 notified

*PROPERTY / EVIDENCE*

| | | |
|---|---|---|
| EVIDENCE | YELLOW METAL AND MULTI-STONE RING RECOVERED DURING FOOT PURSUIT | $1.00 |
| EVIDENCE | MISCELLANOUS PAPERS AND DOCUMENTS WITH DEFENDANT'S IDENTIFICATION AND PHOTOS | $1.00 |
| EVIDENCE | LOADED PISTOL MAGAZINE WITH .380 CALIBER AMMUNITION | $1.00 |
| EVIDENCE | LOADED HI- POINT 9MM PISTOL WITH DEFACED SERIAL NUMBER | $1.00 |
| OTHER | MISCELLANEOUS PAPERS | $1.00 |
| OTHER | WALLET WITH CONTENTS | $1.00 |
| OTHER | CELL PHONE | $1.00 |

*VEHICLES / IMPOUNDS*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUSP-VH | CRJ7395 | NY | 06 | 99 MAZD | BLACK | | $1.00 |

*DEFENDANT(S) B.A.C.*

| | | | | |
|---|---|---|---|---|
| COGGINS DARRYL T | By | | Test#1 . | Test#2 . |

NASSAU COUNTY
000015

*DEFENDANT(S) IDENTIFICATION*

| | | | |
|---|---|---|---|
| COGGINS DARRYL T | By DEFENDANT | AT P.O.O. DEFENDANT ADMITTED | 10/09/2004 16:00 |

*DEFENDANT(S) MIRANDA*

| | | |
|---|---|---|
| COGGINS DARRYL T | By 6356BARNY | 10/09/2004 16:00 |

NASSAU COUNTY POLICE DEPT
CRIME REPORT - PDCN 85ASJ - 204CR0082564
Printed 03/03/2005-08:32   By 8204VARA   Page 3

*DEFENDANT(S) SEARCH*
COGGINS DARRYL T   By 6356BARNY   Justification ARREST

*DEFENDANT(S) PHONE CALLS*
COGGINS DARRYL T   10/09/2004 16:05   516-508-0124

*REMARKS*

Prepared By        Desk Officer        Squad Supervisor

NASSAU COUNTY
000016