Citation# \
Arrest# 204AR0017759 \
Date / Time of Arrest 10/09/2004 at 15:50

Case 2:07-cv-03624-JFB-AKT   Document 143-11   Filed 06/07/13   Page 1 of 20 PageID #: 1426

CR# 204CR0082564 \
Return Date 10/20/2004 \
Court Docket _____

DOB \
01/25/1981

Age \
23

Offense

265.02 (4)

CRIM \
POSS WEAPON \
3RD SUB 4

D \
FELONY

Sector \
FP

Prepared By \
6356BARNY

FIRST DISTRICT

THE PEOPLE OF THE STATE OF NEW YORK AGAINST

DARRYL T COGGINS \
56 WOODS AVE \
ROOSEVELT NY 11575

IN THE STATE OF NEW YORK COUNTY OF NASSAU: DET ALEXANDER J BARNYCH, SHIELD# \783, BEING A MEMBER OF THE NASSAU COUNTY POLICE DEPT DEPOSES AND SAYS THAT ON OR ABOUT THE 9TH DAY OF OCTOBER, 2004, AT ABOUT 3:50 PM, AT JERICHO TURNPIKE/HOLLAND AVE FLORAL PARK, THE DEFENDANT DID VIOLATE NEW YORK STATE PENAL LAWSECTION(s) §265.02 (4) .

§ 265.02 CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE. A PERSON IS GUILTY OF CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE WHEN: (4) SUCH PERSON POSSESSES ANY LOADED FIREARM. SUCH POSSESSION SHALL NOT, EXCEPT AS PROVIDED IN SUBDIVISION ONE OR SEVEN, CONSTITUTE A VIOLATION OF THIS SECTION IF SUCH POSSESSION TAKES PLACE IN SUCH PERSON'S HOME OR PLACE OF BUSINESS.

TO WIT:   Your deponent states that at the aforesaid time and place of occurrence the defendant, Darryl T. Coggins was in possession of a loaded and defaced Hi-Point 9mm pistol. This pistol was recovered during a foot pursuit of the defendant by P.O. Vara after the defendant was stopped for a vehicle and Traffic Law violation which P.O. Vara had observed and stopped the defendant for..

The above is based upon information and belief. The source of this information and belief was the interviews of P.O Vara regarding his observations, the interviews of the passengers of the defendant's vehicle who were present at the time of the vehicle stop, the recovery of the weapon by P.O. Vara along with the recovery of several items of identification left at the scene which identified the defendant as the perpetrator.

* ANY FALSE STATEMENT MADE HEREIN IS PUNISHABLE AS A CLASS A MISDEMEANOR, PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

SUBSCRIBED BEFORE ME THIS \
9TH DAY OF OCTOBER 2004.

DET ALEXANDER J BARNYCH                    SGT MITCHELL TEPPERMAN

Plaintiff Coggins 00006

Citation#  
Arrest# 204AR0017590  
Date / Time of Arrest 10/09/2004 at 15:50

CR# 204CR0082564  
Return Date 10/10/2004  
Court Docket _____

Case 2:07-cv-03624-JFB-AKT   Document 143-11   Filed 06/07/13   Page 2 of 2 PageID #: 1427

DOB  
01/25/1981

Age  
23

Offense

265.02 (3)

CRIM  
POSS WEAPON  
3RD SUB 3

D  
FELONY

Sector  
FP

Prepared By  
6356BARNY

FIRST DISTRICT

THE PEOPLE OF THE STATE OF NEW YORK AGAINST

DARRYL T COGGINS  
56 WOODS AVE  
ROOSEVELT NY 11575

IN THE STATE OF NEW YORK COUNTY OF NASSAU: DET ALEXANDER J BARNYCH, SHIELD# \783, BEING A MEMBER OF THE NASSAU COUNTY POLICE DEPT DEPOSES AND SAYS THAT ON OR ABOUT THE 9TH DAY OF OCTOBER, 2004, AT ABOUT 3:50 PM, AT JERICHO TURNPIKE/HOLLAND AVE FLORAL PARK, THE DEFENDANT DID VIOLATE NEW YORK STATE PENAL LAWSECTION(s) §265.02 (3) .

§ 265.02 CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE. A PERSON IS GUILTY OF CRIMINAL POSSESSION OF A WEAPON IN THE THIRD DEGREE WHEN: (3) HE KNOWINGLY HAS IN HIS POSSESSION A MACHINE-GUN, FIREARM, RIFLE OR SHOTGUN WHICH HAS BEEN DEFACED FOR THE PURPOSE OF CONCEALMENT OR PREVENTION OF THE DETECTION OF A CRIME OR MISREPRESENTING THE IDENTITY OF SUCH MACHINE-GUN, FIREARM, RIFLE OR SHOTGUN.

TO WIT: Your deponent states that at the aforesaid time and place of occurrence the defendant, Darryl T. Coggins was in possession of a loaded and defaced Hi-Point 9mm pistol. This pistol was recovered during a foot pursuit of the defendant by P.O. Vara after the defendant was stopped for a vehicle and Traffic Law violation which P.O. Vara had observed and stopped the defendant for..

The above is based upon information and belief. The source of this information and belief was the interviews of P.O Vara regarding his observations, the interviews of the passengers of the defendant's vehicle who were present at the time of the vehicle stop, the recovery of the weapon by P.O. Vara along with the recovery of several items of identification left at the scene which identified the defendant as the perpetrator.

* ANY FALSE STATEMENT MADE HEREIN IS PUNISHABLE AS A CLASS A MISDEMEANOR, PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

SUBSCRIBED BEFORE ME THIS  
9TH DAY OF OCTOBER 2004.

_____  
DET ALEXANDER J BARNYCH

_____  
SGT MITCHELL TEPPERMAN

Plaintiff Coggins 00007