POVAZA

| | |
|---|---|
| Friday | October 8, 2004 |
| Tour: 1900 x 0700 | D.O.: LT Bregenzer |
| Post/RMP: 318/318 | Alert Level: Yellow |
| Weather: clear | Roads: Dry |
| Details: | |
| 1900 | Signed on duty at booth F. Relieved P.O. Larose in RMP 318 mileage 481 radio 3018 |
| 1910 | Via radio to 190 Mineola Blvd. M.V. Alarm |
| 1925 | 10-40 given by Sgt |
| 1950 | VTL Desc. to TRK/on Roslyn G.S. |
| 2015 | Issued LE 94(04)00 to Manjit S Mallik (dob 11/01/47) N/ Reg BKM65G5 VTL 1122-A "I am in a rush" Inc #10852847 10-1 |
| 2102 | Via radio to 1950 Hillside Ave at U.H.P. School NNHP Youth Disturbance |
| 2107 | 10-81 |
| 2130 | Dispersed, 10-1 |
| 2200 | Via radio to Salisbury Ave / Elton Rd S.q. Youth Disturbance |

Plaintiff Coggins 00021

| | |
|---|---|
| Friday | October 8, 2004 |
| 2204 | 10-81 |
| 2230 | Dispursed |
| 2245 | Via radio to Beebe Rd / 1ST ST M.V Harassment in Progress |
| 2248 | 10-81 |
| 2335 | GOA 10-1 |
| 2101 | Via radio to Ingraham Ln / Park Ave NHP Youth Disturbance |
| 0105 | 10-81 |
| 0120 | Dispursed 10-1 |
| 0222 | Pick up of Sip... vehicle Rear of gas station Hills.k Ave NHP Rl |
| 0240 | Proper ID, 10-1 |
| 0321 | Via radio to 13... S Jericho Tpk NHP Alarm |
| 0323 | 10-81 |
| 0340 | S.t in prog. 10-1 |
| 0347 | Kit Jericho Tpk / Bread St FPC |
| 0405 | Proper ID Warning issued |

Plaintiff Coggins 00022

| | |
|---|---|
| Friday | October 8, 2004 |
| 0140 | VTL Jericho Tpk / Holland Ave FP |
| 1100 | Report # 805604 prepared Signal 05F |
| | Duty Relieved by P.O. Pusey mileage 540 |
| | P.O. [signature] SH #2526 |

Plaintiff Coggins 00023