| | |
|---|---|
| Friday | October 8, 2004 |
| Tour: 1900 x 0700 | DO: LT Arguzoni |
| Post/Hours: 303/303 | Alert level Yellow |
| Weather: Clear | Roads Dry |
| Details: None | |
| 1900 | Signed on duty at 303 KF Post 303. On 303 motor 3003, m 1, 1267 m/ Check t' no 6. |
| 1913 | R/A AA union t/pk/h tr Rd |
| 1913 | 10-80 |
| 1919 | 10-81 |
| 1931 | 10-1 NPA |
| 1945 | R/A Sol 337 old courthouse |
| 1945 | 10-80 |
| 1950 | 10-81 |
| 1955 | 10-1 (Prop 11) |
| 1955 | R/A hn/pt 109 Lawrence St |
| 1955 | 10-80 |

Plaintiff Coggins 00025

Friday                October 8, 2004
3740  TPK/Holland Ave FPC
      10·1 RPT by 318, Signed
      off duty at 303, rp, pat
      303, inv 303, radio 303
      Mil 1337, rmp check+n+6
      relieved by PO Nisgara
      PC [signature]              511406