Case 2:07-cv-03624-JFB-AKT   Document 143-14   Filed 06/07/13   Page 1 of 2 PageID #: 1433

# POLICE DEPARTMENT, COUNTY OF NASSAU, NEW YORK
## STANDARD DEPARTMENTAL RECOGNITION REQUEST

140

PDCN 234 - REV. 1/96

**INSTRUCTIONS**
This form shall be typed as an original and one copy and forward to member's Commanding Officer within ten (10) days of the occurrence.

**DISTRIBUTION**
ORIGINAL - AWARDS COMMITTEE (T.O.C.)
COPY - COMMAND

**MERITORIOUS CASE NO.**

| JAN. 1 TO APR. 30 | ☐ SEPT. 1 TO DEC. 31 | ACKNOWLEDGMENT SENT TO C.O. | ORIGINAL TO P.A.B. | VERIFICATION BY POLICE SURGEON |
| --- | --- | --- | --- | --- |
| ☐ MAY 1 TO AUG. 31 | 20____ | | | |

| TYPE OF AWARD | ☐ COMMAND RECOGNITION | ☐ PURPLE HEART | ☐ LIFE SAVING | AWARDS COMMITTEE VOTES | FOR | AGAINST | ABSTENTION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ☐ MERITORIOUS | ☐ COMMENDATION | ☐ DISTINGUISHED SERVICE | ☐ VALOR | | | | |
| RECEIVED BY AWARDS COMMITTEE | DATE | SIGNATURE OF CHAIRMAN | | | FOR | AGAINST | ABSTENTION |

DO NOT WRITE IN ABOVE AREA, FOR AWARDS COMMITTEE USE ONLY

| RANK | LAST NAME | FIRST NAME | M.I. | SERIAL NO. | SHIELD NO. | COMMAND | PRECINCT OF OCCURRENCE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| P.O. | VARA | JAMES | | 8204 | 2526 | 003 | 03 |

| DATE AND TIME OF OCCURRENCE | PLACE OF OCCURRENCE: NO. STREET | APT. NO. | VILLAGE |
| --- | --- | --- | --- |
| 10/09/2004  0430 | JERICHO TPK | | NEW HYDE PARK |

| TYPE PREMISE | DUTY PERFORMED |
| --- | --- |
| STREET | ☒ R.M.P.  ☐ FOOT POST  ☐ DET. INVESTIGATION  ☐ SPECIAL ASSIGNMENT  ☐ OFF DUTY  ☐ OTHER (Specify) |

| CASE REPORT NO. | D.D. NO. | TYPE OF INCIDENT |
| --- | --- | --- |
| 204CR0082564 | | ☒ ARREST  ☐ RESCUE  ☐ INVESTIGATION  ☐ AIDED CASE  ☐ OTHER (Specify) |

**PART A**

| ANY OTHER CASES CLOSED AS A RESULT OF THIS ARREST? | ☐ YES ☒ NO | TOTAL NO. CASES CLOSED? | OFFICER ASSAULTED OR ENDANGERED? ☒ YES ☐ NO | OFFICER INJURED? ☐ YES ☒ NO |
| --- | --- | --- | --- | --- |

| OFFICER'S AIDED NO. | TYPE OF INJURY | ☐ HOSPITALIZED (No. of days) ____ | ☐ REMAINED ON DUTY |
| --- | --- | --- | --- |
| | | ☐ TREATED AND RELEASED | ☐ REPORTED SICK (No. of days) |

| ANY OTHER PERSON INJURED OR ENDANGERED? | ☐ YES ☒ NO | AIDED NO. | TYPE OF INJURY |
| --- | --- | --- | --- |

| WEAPON INVOLVED? | TYPE OF WEAPON | WEAPON CALIBRE | WEAPON LOADED | AIMED AT OFFICER | FIRED AT OFFICER |
| --- | --- | --- | --- | --- | --- |
| ☒ YES ☐ NO | HIGH POINT HAND GUN | 9MM | ☒ YES ☐ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

| NARCOTICS SEIZED? | QUANTITY AND TYPE | PROPERTY SEIZED/RECOVERED? | QUANTITY AND TYPE |
| --- | --- | --- | --- |
| ☐ YES ☒ NO | | ☒ YES ☐ NO | 1 HAND GUN |

**LIFESAVING INFORMATION**

| ILLNESS/INJURY | HOW LONG WAS AIDED IN THIS STATE PRIOR TO ARRIVAL? (Minutes) | HOW LONG MOUTH TO MOUTH PERFORMED? (Minutes) | HOW LONG CPR PERFORMED? (Minutes) |
| --- | --- | --- | --- |

OTHER CARE RENDERED

| I certify that the information contained herein is a true statement of facts | RANK P.O. | SIGNATURE | SERIAL NO. 8204 | DATE 10/26/04 |
| --- | --- | --- | --- | --- |

| COMMAND MERITORIOUS NO. 3-28-04 | NAME OF INVESTIGATING SUPERVISOR | SERIAL NO. | TOTAL NO. OF PDCN 234'S FORWARDED THIS CASE NO.? |
| --- | --- | --- | --- |

**BRIEF STATEMENT OF ACT (Short synopsis)**

**PART B**

While on routine patrol at approximately 0430 hours on 10/09/04, I observed a black 1999 Mazda NY reg CRJ7395 w/b on Jericho Tpke in New Hyde Park, NY operating at a high rate of speed. (55mph in a 35mph zone) A car stop was conducted and the vehicle stopped on Jericho Tpke and Holland Ave in Floral Park. Upon approaching the vehicle I observed that subject Darryl T Coggins was in operation of the vehicle. Passenger ▓▓▓▓▓ was in the front passenger seat and passenger ▓▓▓▓▓ was in the rear of the vehicle seated directly behind the driver. I detected a strong odor of an alcoholic beverage on the operator's breath, impaired motor skills and glassy bloodshot eyes. Subject was then asked to exit the vehicle and a SFST and a PBT were conducted at scene. At this time the subject then began to get agitated and while attempting to place the subject into custody he fled on foot e/b on Jericho Tpke to Holland Ave. He then fled n/b on Holland Ave. While the subject was running he was holding his left hand to his left side as if he was

| RANK I, | SIGNATURE | SERIAL NO. | ☐ APPROVAL ☐ DISAPPROVAL | of Department |
| --- | --- | --- | --- | --- |
| Recognition, grade | ☐ COMMAND RECOGNITION ☐ COMMENDATION | ☐ PURPLE HEART ☐ DISTINGUISHED SERVICE | ☐ LIFE SAVING ☒ MERITORIOUS ☐ VALOR ☐ FILE (Specify reason in remarks) | Recommend | DATE |

**COMMANDING OFFICER**

| RANK I, | SIGNATURE | SERIAL NO. | ☐ APPROVAL ☐ DISAPPROVAL ☐ CHANGE | of Department |
| --- | --- | --- | --- | --- |
| Recognition, grade | ☐ COMMAND RECOGNITION ☐ COMMENDATION | ☐ PURPLE HEART ☐ DISTINGUISHED SERVICE | ☐ LIFE SAVING ☐ MERITORIOUS ☐ VALOR ☐ FILE (Specify reason in remarks) | Recommend | DATE |

**DIVISION CHIEF**

| RANK I, | SIGNATURE | SERIAL NO. | ☐ APPROVAL ☐ DISAPPROVAL ☐ CHANGE | of Department |
| --- | --- | --- | --- | --- |
| Recognition, grade | ☐ COMMAND RECOGNITION ☐ COMMENDATION | ☐ PURPLE HEART ☐ DISTINGUISHED SERVICE | ☐ LIFE SAVING ☐ MERITORIOUS ☐ VALOR ☐ FILE (Specify reason in remarks) | Recommend | DATE |

REMARKS BY ENDORSERS (If more room is required, use reverse side of this form.)

JetForm

holding something The subject then ran in the rear yard of 6 Holland Ave and jumped over a 4ft chain link fence. From the beginning of the foot pursuit up until this point I was no more than 3 or 4 feet from the subject. As the subject jumped over the fence I heard a noise similar to metal hitting the ground and took my eyes off of the subject to look down at the noise and observed a black object laying on the ground on the subject's side of the fence. This black object, was a loaded Hi-Point 9mm itomatic handgun colored black. I safeguarded the wepon and broadcast a radio description for the defendant. This 9mm pistol was later observed to have its serial number obliterated rendering untraceble for ownership. The defendant fled through the rear yards on Holland Ave and I then lost sight of the subject. A search was conducted with negative results. Further investigation revealed a loaded magazine clip next to the front passenger door of the vehicle. A search of the building rooftop at 329 Jericho Tpke, a sewer drain and a mailbox were conducted in attempt to locate the handgun that this clip belonged to. I interviewed the remaining subject at the scene who gave proper identification and identified the defendant as the operator of the car at the time of the original stop. In addition, I had the photo driver's license of the defendant prior to his fleeing.

On Saturday 10-09-2004 the defendant surrendered to the Third Squad in the presence of his attorney.

NASSAU COUNTY
000386

COPY 2

JETFORM