COPY

```
NASSAU COUNTY GRAND JURY:  MINEOLA
COUNTY OF NASSAU   (GRAND JURY)
------------------------------------------X    Felony#21116/04
In the Matter of the Investigation of          Demand the
the People of the State of New York,           District Attorney
                                               present witnesses and
                                               submit charges against
                                               Police Officer Vara
         -against-

DARRYL COGGINS

------------------------------------------X
```

S I R S:

PLEASE TAKE NOTICE that DARRYL COGGINS, having been held in the instant matter by the District Court for action by the Grand Jury upon a charge of criminal Possession of a Weapon and Driving Under the Influence of Alcohol, hereby demands that following his testimony pursuant to §190.50 of the Criminal Procedures Law, that the above named Darryl is requesting that the Grand Jury be informed and advised by the District Attorney's Office that they are requested to consider the charges of:

- o  Perjury First, Second and Third Degree PL 210.15,.10 & .5
- o  Making an Apparently Sworn False Statement in the First and Second degree PL 210.40 & 210.35
- o  Making a Punishable False Written Statement PL 210.45
- o  Harassment
- o  Aggravated Harassment

against Police Officer Vara for his wrongful, false and unlawful action taken against Darryl Coggins on or about October 9, 2004 and days thereafter in the County of Nassau, State of New York.

PLEASE TAKE FURTHER NOTICE that the above named Darryl Coggins demands that the following persons who were subpoenaed by the People and appeared twice without being called, be presented to the Grand Jury for testimony as material witnesses and that the

Grand Jury be informed that these persons were witnesses relative to the claims and allegations made about Darryl Coggins and the events of October 9, 2004. Those persons being:

- Aaron (passenger in vehicle, whose full name is known to the People)
- Jevon (passenger in the vehicle, whose full name is known to the People)

Dated, the 17th day of March, 2005.

                          Yours, etc.

                          THE LAW OFFICES OF
                          FREDERICK K. BREWINGTON
                          Attorneys for
                          Darryl Coggins
                          50 Clinton Street, Suite 501
                          Hempstead, New York 11550
                          (516) 489-6959

TO:   Foreperson of the Grand Jury of the County of Nassau

      Nassau County District Attorney, Attn. ADA Mindy Plotkin

      Clerk of the Court