SUPREME COURT : COUNTY OF NASSAU
------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK

        - against -                                                    INDICTMENT NO.

CRAIG T. BUONORA.,

        Defendant.

------------------------------------------------------------X

THE GRAND JURY OF THE COUNTY OF NASSAU, by this indictment, accuses the defendant of the crime of PERJURY IN THE FIRST DEGREE, in violation of Section 210.15 of the Penal Law of the State of New York, committed as follows:

    The defendant, CRAIG T. BUONORA, on or about the 17TH day of March, 2005, in the County of Nassau, State of New York, swore falsely and his false statement consisted of testimony and was material to the action, proceeding or matter in which it was made, to wit:

    On or about March 17, 2005, Craig T. Buonora, after being duly sworn, did falsely testify at a Grand Jury presentment before the Nassau County Grand Jury at 262 Old Country Road, Mineola, New York, in the case People of the State of New York v. Darryl Coggins, as follows:

THE FOREPERSON:    Do you swear that the evidence you shall give to the Grand Inquest upon this complaint against Darryl Coggins shall be the truth, the whole truth and nothing but the truth, so help you God?

THE WITNESS:    I do.

\*          \*          \*          \*          \*

EXAMINATION BY MS. PLOTKIN:

Q    What, if anything, attracted your attention during the course of the chase?

A    As we got up the side street on Holland, the subject went in an alleyway and went to jump a fence.

I heard a noise as he went to jump the fence, which sounded like metal hitting the ground.

    Officer Vara was in front of me, because he's a little lighter than me, I guess. And he kept after the subject. <u>And I looked down to see what it was and found the gun there.</u>

Q <u>Were you able to observe it as a gun immediately?</u>

A <u>Once I looked at it, yes.</u>

  *    *    *    *    *

Q Again, Officer Buonora, Grand Jury number 5 in evidence --

A Yes.

Q -- do you recognize that?

A Yes. That's the gun.

Q That you observed?

A Yes, that I observed.

Q You said you detected a metal sound hitting concrete?

A Yes.

Q <u>Did you immediately look down?</u>

A <u>Once I got up there, I immediately looked to see what it was.</u>

Q <u>Is that what you observed?</u>

A <u>Yes, that is.</u>

  *    *    *    *    *

EXAMINATION BY A JUROR:

Q. <u>When the other officer returned back to the vehicle, where did you go?</u>

A. <u>I stayed with the gun until, I believe, a Floral Park Police Officer relieved me so I could assist that officer.</u>

NASSAU COUNTY

000162

EXAMINATION BY MS. PLOTKIN:

Q. And at any time, did you move the gun while you were, I guess, safeguarding the weapon?

A. You would just safeguard it. You didn't touch it. You wait for Crime Scene.

(The underlined questions and answers constitute the perjury.)

DATED: September     , 2005

                    DENIS DILLON
                    District Attorney

NASSAU COUNTY

000163