INTERNAL AFFAIRS UNIT

NASSAU COUNTY POLICE

IAU NUMBER 34 - 2005                                   PAGE 46

weapon. At no time during the arrest processing did Darryl Coggins complain of mistreatment.

Detective Barnych reported that during the Grand Jury preparation at the District Attorney's Office in Mineola, was the first time that he was aware P.O. ▮▮▮▮ a Floral Park officer found the weapon. Detective Barnych directed P.O. ▮▮▮▮ to advise the District Attorney.

## INTERVIEW OF POLICE OFFICER CRAIG BUONORA
## SERIAL NUMBER 8097, SHIELD NUMBER 406, THIRD PRECINCT

On December 1, 2005, D/Sgt. Bruce Duryee interviewed PO Buonora as a subject of this investigation. Present at that time were D/Lt. ▮▮▮▮ PBA Attorney ▮▮▮▮, and PBA Delegate PO ▮▮▮▮ Serial Number ▮▮▮▮ Third Precinct. A written report was submitted and is attached.

PO Buonora reported that at about 0440 hours on October 9, 2004, he assisted PO James Vara, Serial Number 8204, then of the Third Precinct, at Holland Avenue and Jericho Turnpike, Floral Park, on a vehicle stop.

PO Buonora reported that as he arrived and was pulling behind PO Vara's vehicle, he observed a Floral Park Police vehicle stopped across the street on Jericho Turnpike. As PO Buonora was exiting his vehicle, he observed the subject now known a Darryl Coggins run from where PO Vara had him standing on the sidewalk. PO Buonora reported that PO Vara and himself went into foot pursuit of the subject and that they ran northbound on Holland Avenue turning into the driveway of 6 Holland Avenue.

000290

PO Buonora reported further that Darryl Coggins jumped the fence and PO Vara was about six feet behind him. PO Buonora was about five feet behind PO

INTERNAL AFFAIRS UNIT

NASSAU COUNTY POLICE

IAU NUMBER 34 - 2005                                                                PAGE 47

Vara. PO Buonora reported that he yelled stop several times but denied saying, "Shoot him" or words to that effect. He reported that as he saw Darryl Coggins running, he did not observe him to be carrying anything or running with his hands holding his side.

PO Buonora reported that he did not continue the foot pursuit and told PO Vara that he would return to where the vehicle was stopped and "secure the occupants". **(INVESTIGATOR'S NOTE:** There were two passengers in the auto.) PO Buonora stated that PO Vara told him that he was going into the yard, however PO Buonora did not see him enter the yard.

PO Buonora returned to the vehicle and he and a Floral Park officer took the subjects out of the vehicle and handcuffed them. PO Buonora reported that both he and the Floral Park officer observed a weapons magazine on the ground by the passenger side of the vehicle. PO Buonora was aware that a radio transmission was made reporting the magazine being found.

PO Vara returned and was advised about the magazine. PO Vara questioned the male passenger who was uncooperative. PO Vara and the Floral Park officer left PO Bounora watching the passengers.

PO Buonora reported that about 0500 hours, everyone received radio notification that a weapon was found by a Floral Park Officer. PO Buonora does not know who safeguarded the weapon. He never went to where the weapon was found and never spoke to any supervisor from Nassau County or Floral Park.

PO Buonora reported that the next time he discussed this incident with anyone, including Detective Barnych and PO Vara, was at the District Attorney's Office when he spoke with ADA Plotkin. He reported further that he had about three meetings with her and told her he was the one who found the weapon.

INTERNAL AFFAIRS UNIT

NASSAU COUNTY POLICE

IAU NUMBER 34 - 2005                                    PAGE 48

PO Buonora reported that when he testified before the grand jury he was sworn in and testified also that he heard the weapon fall during the pursuit, saw the gun on the ground and safeguarded it. PO Buonora was not aware of any problem with the case until the suppression hearing. When asked why he testified falsely, PO Buonora reported, "I thought he was helping the District Attorney with her case."

## INTERVIEW OF POLICE OFFICER JAMES VARA
## SHIELD NUMBER 2526, SERIAL NUMBER 8204, HIGHWAY PATROL BUREAU

On December 7, 2005, D/Sgt. Duryee interviewed P.O. James Vara, Serial Number 8204, formerly of the Third Precinct, currently assigned to Highway Patrol, as a subject of this investigation. Also present at that time of the interview were Detective Lieutenant ███████ Internal Affairs Unit, Attorney ███████ and PBA Delegate PO ███████, Serial Number ███ Highway Patrol Bureau. Inspector ███████ Serial Number ███, observed the interview process. A written report was submitted and is attached.

P.O. Vara reported that on October 9, 2004, he was working a 1900 to 0700 tour of duty assigned to RMP 318. At about 0430 hours, he observed a vehicle traveling 55 miles per hour in a 35 mile per hour zone, westbound on Jericho Turnpike in New Hyde Park. The vehicle was stopped at Jericho Turnpike and Holland Avenue, Floral Park.

P.O. Vera approached the vehicle and observed a male now known as Darryl Coggins, operating the vehicle. P.O. Vara reported that he observed the odor of an alcoholic beverage on his breath, glassy eyes, and impaired motor skills in that he fumbled when he took his license out of his wallet. P.O. Vara reported that he requested Mr. Coggins to get out of the vehicle and conducted field tests for