

**POLICE DEPARTMENT
COUNTY OF NASSAU, NEW YORK**

INTERNAL CORRESPONDENCE

DATE: 12/01/05

Page 1

TO: COMMANDING OFFICER INTERNAL AFFAIRS UNIT

FROM: Police Officer Craig T Buonora Ser. 8097 S/t 406 3rd Pct

SUBJECT: IAU 34-2005

1. I am making this statement for administrative purposes only. I have not done so voluntarily, but in compliance with an order of a superior officer. This statement in no way constitutes any waiver of my rights, and this statement, or any part thereof may not be used against me in any subsequent criminal proceeding.

2. On October 8, 2004 I was working a 1900 to 0700 Tour Assigned to RMP 303. At approximately 0440 hours I responded to a call for Assistance at Jericho Tpke and Holland Ave. When I arrived at the scene I observed PO Vara parked behind subjects vehicle and as I pulled in behind him I observed a floral park police vehicle across the street. As I started to exit my vehicle I observed the male subject take off running and PO Vara began chasing him. I immediately followed. We began running Northbound on Holland Ave. We ran into a driveway at 6 Holland where the subject jumped over a four foot driveway gate. PO Vara was approximately 6 feet behind the subject and I was approximately five feet behind PO Vara. I told PO Vara I would go back and secure the occupants

Report of CRAIG T BUONORA     page # 2

of the vehicle and he said he was going into the yard.

3. I returned to the vehicle there was a female in the back seat and a male in the front passenger seat. ~~We~~ Myself + Floral Park took the two people out of the vehicle and handcuffed them for our safety. At that time ~~we~~ we both observed a magazine on the ground by the car. One of us radioed that we had found a magazine.

4. At that time, PO Vara returned we both told him about the magazine. He began to interview the male subject who was not cooperative. PO Vara then leaves and the floral park officer leaves. I remained with the passengers. During the foot pursuit I yelled "Stop" several times. I did not hear anyone say "shoot him if he runs" nor did I do so.

5. Around this t~~ime~~ everyone received notification that floral park police officer had found a gun in the driveway. It was around five o'clock. I do not know

Report of  CRAIG T BUONORA                              page # 3

who safeguarded the gun. Someone had called for canine & ESU to respond

6. At 0700 I was directed to sign off duty. I never spoke to detectives. I don't believe I ever spoke to the Floral Park supervisor and I never went to where the gun was found.

7. The next time I discussed this case with anyone was at the DA's office with ADA Plotkin. We had approximately 3 conferences with her. I told her I was the one who found the gun. The case was then transfered to another DA at the Grand Jury Bureau

8. When I testified at the Grand Jury I testified that I had found the gun and safeguarded it and this was not true. I had no conversations with PO Vara or Det Barnych about my testimony or finding the gun

9. I was not aware of any problem with this case until the supression hearing

witness
DSgt Bruce Duyer
Sh 37 IAU

                                          _____
                                          Police Officer