Executive Summary

I.A.U. 34-2005
Allegation: Unlawful Conduct, Perjury
ADA Francis D. Quigley Jr. Chief, Special Investigations Bureau sent a memo stating that two Nassau officers may have falsified the paperwork in the arrest of Darryl Coggins on Oct. 9, 2004, and may have committed perjury when they testified in the Grand Jury concerning the arrest on March 17, 2005

Accused Members:
PO James Vara, Serial Number 8204, Shield Number 2526, Highway Patrol
Date of Appt. 10/17/1997, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

PO Craig Buonora, Serial Number 8097, Shield Number 406, Third Precinct
Date of Appt. 8/15/1997, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

> Findings: Founded: Unlawful Conduct, PO Buonora committed Perjury by testifying falsely in the Grand Jury. He pled guilty to Perjury 3rd Degree, a class A Misd.
> Undetermined: Unlawful Conduct, PO Vara committed perjury.

Additional Findings: Founded PO Buonora engaged in conduct unbecoming an officer by yelling, "Shoot him" while in a foot pursuit.

Founded: PO Vara submitted a false official report regarding submission of PDCN Form 234, Meritorious request.

Founded: PO Vara failed to document his observations and activities in his memorandum book..

Founded: Sgt. ▉▉▉▉▉▉ failed to respond to an assignment.

Founded: Sgt. ▉▉▉▉▉▉ failed to supervise at the scene of an incident.

Founded: Lt. ▉▉▉▉▉▉ failed to supervise

Founded: Lt. ▉▉▉▉▉▉ failed to produce his memorandum book for October 8 & 9th 2004.

Founded: Lt. ▉▉▉▉▉▉ failed to inform his relief about an ongoing incident in the command.

NASSAU COUNTY
000293
COPY 2

Recommendations: It is recommended that these members be served with PDCN F▉▉▉ 209 for violation of Department Rules.

Detective Sergeant Bruce Duryee

## Executive Summary

I.A.U. 34-2005
Allegation: Unlawful Conduct, Perjury

ADA Francis D. Quigley Jr. Chief, Special Investigations Bureau sent a memo stating that two Nassau officers may have falsified the paperwork in the arrest of Darryl Coggins on Oct. 9, 2004, and may have committed perjury when they testified in the Grand Jury concerning the arrest on March 17, 2005

**Accused Members:**
PO James Vara, Serial Number 8204, Shield Number 2526, Highway Patrol
Date of Appt. 10/17/1997, ███████

PO Craig Buonora, Serial Number 8097, Shield Number 406, Third Precinct
Date of Appt. 8/15/1997, ███████

**Findings: Founded: Unlawful Conduct,** PO Buonora committed Perjury by testifying falsely in the Grand Jury. He pled guilty to Perjury 3rd Degree, a class A Misd.
**Undetermined: Unlawful Conduct,** PO Vara committed perjury.

**Additional Findings: Founded** PO Buonora engaged in conduct unbecoming an officer by yelling, "Shoot him" while in a foot pursuit.

**Founded:** PO Vara submitted a false official report regarding submission of PDCN Form 234, Meritorious request.

**Founded:** PO Vara failed to document his observations and activities in his memorandum book..

**Founded:** Sgt. ███████ failed to respond to an assignment.

**Founded:** Sgt. ███████ failed to supervise at the scene of an incident.

**Founded:** Lt. ███████ failed to supervise

**Founded:** Lt. ███████ failed to produce his memorandum book for October 8 & 9th 2004.

**Founded:** Lt. ███████ failed to inform his relief about an ongoing incident in the command.

**Recommendations:** It is recommended that these members be served with PDCN Form 209 for violation of Department Rules.

Detective Sergeant Bruce Duryee