UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DARRYL T. COGGINS,

                              Plaintiff,

-against-

COUNTY OF NASSAU, NASSAU COUNTY POLICE
DEPARTMENT, POLICE OFFICER JAMES VARA, in his
individual and official capacity, and POLICE OFFICER
CRAIG BUONORA, in his individual and official capacity,
SERGEANT PICKERING, in his individual and official
capacity, LIEUTENANT DELARGY, in his individual and
official capacity, and JOHN DOES "1-10", in their
individual and official capacity,

                              Defendants.
-------------------------------------------------------------------X

**DECLARATION**
**07-CV-3624**
**(JFB)(AKT)**

      DIANE C. PETILLO, an attorney admitted to practice in the United States District Court for the Eastern District of New York, declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, as follows:

      1.     The undersigned is employed as a Deputy County Attorney, in the Office of John Ciampoli, Nassau County Attorney, and hereby represents defendants County of Nassau, ("Nassau"), Nassau County Police Department ("NCPD"), Police Officer James Vara ("Vara"), Sergeant Pickering ("Pickering") and Lieutenant Delargy ("Delargy") (hereinafter referred to as the "County Defendants") in the above-captioned action, and as such, is fully familiar with the facts and circumstances set forth herein.

      2.     This Declaration and attached exhibits are being submitted in support of the County Defendants' Opposition to Plaintiff's motion to file an Amended Complaint.

      3.     Attached hereto as **Exhibit A** is a copy of Plaintiff's Second Amended Complaint, which was filed in the United Stated District Court on October 26, 2011.

4. Attached hereto as **Exhibit B** is a copy of Plaintiff's Proposed Third Amended Complaint, which was filed in the United Stated District Court on November 7, 2012.

5. As set forth more fully in the accompanying Memorandum of Law, the County Defendants respectfully submit that an order denying Plaintiff's Motion to Amend the Complaint.

Dated: Mineola, New York
       June 12, 2013

                                        _____/dcp/_____
                                        DIANE C. PETILLO