**Law Offices of**
**Laurence Jeffrey Weingard**
**The Fisk Building**
250 West 57th Street – Suite 401
New York, NY 10107

Telephone No.: (212) 974-5200
Facsimile No.:  (212) 956-9337

August 13, 2013

*Via ECF*

Hon. Joseph F. Bianco
U. S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4438

*Re*      Coggins v County of Nassau et al
            2:07-cv-03624-JFB-AKT

Dear Judge Bianco:

     This application is being made with the consent of counsel for plaintiff and the Nassau County defendants.

     We request leave of court to submit a Reply Memorandum of Law greater than ten pages. (Individual Motion Practice and Rule III (C).) The Reply Memorandum is to be filed on or before this Friday, August 16th.

     While we have attempted to keep our Reply Memorandum within Your Honor's limit, we find that the numerous issues raised by plaintiff's opposition papers require us to exceed the limit in order to respond to them fully. In this regard, we have attempted to cut as much as possible but are still left with a memorandum of approximately twelve and a half pages.

     If granted, this will be the first time we have exceeded the Court's page limits.

     Thank you.

Respectfully submitted,
**Law Offices of Laurence Jeffrey Weingard**

S/
Mitchell F. Senft, Esq.
