**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

DATE: 9/9/13                              TIME: 2:33 p.m. (39 min)

CASE NUMBER:     CV 07-3624

TITLE:            Coggins v. County of Nassau

PLTFFS ATTY:      Valerie Cartright

DEFTS ATTY:       Diane Petillo, Laurence Weingard, and Mitchell Weingard

FTR RECORDER: 2:33-3:26              COURTROOM DEPUTY:  Michele Savona

OTHER: _____

  X    CASE CALLED.

  X    CONF (HELD / ADJ'D / CONT'D TO_____)

  X    ARGUMENT HEARD / CONT'D TO_____.

  X    DECISION:   Reserved.

**OTHER:**