UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRYL T. COGGINS,

                        Plaintiff,                  Docket No.: 07-CV-3624 (JFB) (AKT)

- against -

COUNTY OF NASSAU, NASSAU COUNTY        **NOTICE OF APPEAL**
POLICE DEPARTMENT, POLICE OFFICER
JAMES VARA, in his individual and official
capacity, and POLICE OFFICER CRAIG
BUONORA, in his individual and official
capacity, SERGEANT PICKERING, in his
individual and official capacity, LIEUTENANT
DELARGY, in his individual and official
capacity, and JOHN DOES "1-10", in their
individual and official capacity,

                        Defendants.
------------------------------------------------------------X

       Notice is hereby given that POLICE OFFICER CRAIG BUONORA, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order (1) denying in part POLICE OFFICER CRAIG BUONORA's Motion pursuant to Federal Rule of Civil Procedure 12(b)(6) and (2) denying in its entirety POLICE OFFICER CRAIG BUONORA's motion pursuant to Federal Rule of Civil Procedure 56, entered in this action the 2nd day of December 2013.

Dated: New York, New York
         December 9, 2013

                                                  Laurence Jeffrey Weingard (LW2618)
                                                  *Attorney for Defendant*
                                                  **POLICE OFFICER CRAIG BUONORA**
                                                  250 West 57th Street, Suite 401
                                                  New York, New York 10107
                                                  (212) 974-5200