UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DARRYL T. COGGINS,

                 Plaintiff,

        -against-

COUNTY OF NASSAU, NASSAU COUNTY
POLICE DEPARTMENT, POLICE OFFICER
JAMES VARA, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, POLICE OFFICER
CRAIG BUONORA, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY, AND JOHN DOES
1-10, IN THEIR INDIVIDUAL AND OFFICIAL,
CAPACITY,

                Defendants.
-----------------------------------------------------------X

ORDER
07-CV-3624 (JFB)(AKT)

JOSEPH F. BIANCO, District Judge:

      For the reasons stated on the record during the telephone conference on December 11, 2013, the Court stays discovery pending the resolution of defendant Buonora's appeal of the Court's December 2, 2013 Memorandum and Order.

                                                 SO ORDERED.

                                                 Joseph F. Bianco
                                                 United States District Judge

Dated: December 11, 2013
       Central Islip, NY